Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

Please TYPE. Attach additional pages if necessary.

11th Circuit Docket Number: 25-11937-D

Caption:

ZACHARY GRIFFIN,

Plaintiff-Appellant,

v.

MOTORSPORT GAMES INC.,

Defendant-Appellee.

District and Division: Southern District of Florida, Miami Division
Name of Judge: Bloom, Beth
Nature of Suit: Civil
Date Complaint Filed: 05/20/2024
District Court Docket Number: 1:24-CV-21929-BB
Date Notice of Appeal Filed: 06/06/2025
☐ Cross Appeal   ☐ Class Action
Has this matter previously been before this court?
☐ Yes   ☑ No
If Yes, provide
(a) Caption: _____
(b) Citation: _____
(c) Docket Number: _____

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Eduardo A. Maura | 2490 Coral Way,<br>Ste 401<br>Miami, FL 33145 | P: 305-570-2208<br>F: 305-503-7206<br>eduardo@ayalalawpa.com |
| For Appellee:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Alice Ferot | 2121 NW 2nd Ave,<br>Ste 201<br>Miami, FL 33127 | P: 305-322-2026<br>alice@axslawgroup.com |

Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☐ Federal Question<br>☑ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☑ Final Judgment, 28 USC 1291<br>☐ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☑ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☐ Other _____ | Amount Sought by Plaintiff:<br>$ 345,000.00<br>Amount Sought by Defendant:<br>$ _____<br>Awarded:<br>$ _____<br>to _____<br>Injunctions:<br>☐ TRO<br>☐ Preliminary   ☐ Granted<br>☐ Permanent    ☐ Denied |

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☐ Yes ☑ No
What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☑ Yes ☐ No

If Yes, provide
(a) Case Name/Statute  Cabanas v. Womack & Bass, P.A./Fla. Stat. § 725.01
(b) Citation  706 So. 2d 68 (Fla. Dist. Ct. App. 1998)
(c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☑ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☐ Yes ☑ No

If Yes, provide
(a) Case Name _____
(b) Citation _____
(c) Docket Number if unreported _____
(d) Court or Agency _____

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☐ Yes ☑ No
(b) Among circuits? ☐ Yes ☑ No

If Yes, explain briefly:


(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

Whether the district court erred when it concluded there were no genuine disputes as to any material fact.

Whether the district court erred when it concluded that the statute of frauds barred Plaintiff's claim for promissory estoppel.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 10th DAY OF June, 2025.

Eduardo A. Maura, Esq.　　　　　　　　　　　　s/Eduardo A. Maura
NAME OF COUNSEL (Print)　　　　　　　　　　SIGNATURE OF COUNSEL