# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-11937

_____

ZACHARY GRIFFIN,

                                                  Plaintiff-Appellant,

*versus*

MOTORSPORT GAMES INC.,

                                                  Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:24-cv-21929-BB

_____

ORDER:

Motion to withdraw as counsel filed by Eduardo A. Maura, Esq. and Luis F. Quesada Machado, Esq. is GRANTED.

/s/ Andrew L. Brasher
UNITED STATES CIRCUIT JUDGE